STATE OF NEW JERSEY IN THE INTEREST OF M. W. U.

February 10, 1981.

Petition for certification denied.

RADIOLOGICAL SOCIETY OF NEW JERSEY v. JAMES J. SHEERAN.

February 10, 1981.

Petition for certification denied.   (See 175 *N.J.Super.* 367)

STATE OF NEW JERSEY v. LAWRENCE PRICE.

February 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT M. MCDONALD.

February 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS GRIFFIN.

February 10, 1981.

Petition for certification denied.